UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ZAMORA,

        Plaintiff,

    -against-

LA FONDA LLC D/B/A LA FONDA NYC and JAMES
JIMENEZ GONZALEZ A/K/A JAIME GONZALEZ,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/16/2025

25 Civ. 6276 (AT)

**ORDER**

ANALISA TORRES District Judge:

On August 5, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by December 2, 2025.  ECF No. 9.  Those submissions are now overdue. Accordingly, by **January 6, 2026**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 16, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge