UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ZAMORA,

                    Plaintiff,

          -against-

LA FONDA LLC D/B/A LA FONDA NYC and JAMES
JIMENEZ GONZALEZ A/K/A JAIME GONZALEZ,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/7/2026

25 Civ. 6276 (AT)

**ORDER**

ANALISA TORRES District Judge:

The Court has reviewed Plaintiff's letter dated January 6, 2026. ECF No. 13. Should Plaintiff wish to move for default judgment, she shall do so in accordance with Attachment A of the undersigned's Individual Practices in Civil Cases. Plaintiff shall initiate default judgment proceedings by **January 23, 2026**.

          SO ORDERED.

Dated: January 7, 2026
          New York, New York

_____
          ANALISA TORRES
     United States District Judge