# Law Offices of Colin Mulh[...]
### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/23/2026___

January 20, 2026

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Zamora v. La Fonda LLC et al.» 25-cv-06276**

Your Honor,

Plaintiff has requested a Certificate of Default as of today.  I am trying to schedule

an appointment with Ms. Zamora ASAP while accommodating her work schedule to

complete an affidavit to accompany the Default Motion.

If the Court would permit, Plaintiff would request leave to submit the proposed

Order to Show Cause for default on or before January 30, 2026.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

GRANTED.

SO ORDERED.

Dated:  January 23, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge