# Law Offices of Colin Mu

### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____1/30/2026_____

January 29, 2026

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Zamora v. La Fonda LLC et al.» 25-cv-06276**

Your Honor,

Plaintiff would respectfully request until February 20, 2026 to submit the default motion.

I as counsel have made three appointments with Ms. Zamora to come into my office over the past two weeks to complete and execute a declaration necessary for the default judgment. Unfortunately, Ms. Zamora had to cancel each of those appointments at the last minute because of her demands at her current job.

Ms. Zamora is alone in the city and must work long hours to support herself. She has very limited tech capabilities and cannot execute a declaration remotely.

I am trying to work with her to come in during normal office hours but I might ultimately have to find a Saturday or Sunday to connect with her.

I am in touch with Plaintiff however her current job prohibits her from using her phone during her very long shifts.

If the Court would permit, Plaintiff would request leave to submit the proposed Order to Show Cause for default on or before February 20, 2026.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

GRANTED.

SO ORDERED.

Dated:  January 30, 2026
         New York, New York

ANALISA TORRES
United States District Judge