UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MARIA ZAMORA,

Plaintiff,

-against-

LA FONDA LLC D/B/A LA FONDA NYC and
JAMES JIMENEZ GONZALEZ A/K/A JAIME
GONZALEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2026____

25 Civ. 6276 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Upon further review of Plaintiff's motion for default judgment against Defendants, the Court determines, in its discretion, that Plaintiff's motion can be decided on the papers and a hearing on the motion is not necessary.  *See, e.g.*, *U.S. Bank Nat'l Ass'n as Tr. for Holders of J.P. Morgan Chase Com. Mortg. Sec. Corp. v. Joeefi LLC*, No. 24 Civ. 3966, 2025 WL 1019112, at *4 (S.D.N.Y. Apr. 4, 2025) ("A district court is permitted, but not required, to conduct a hearing before ruling on a motion for default judgment." (citing *Finkel v. Romanowicz*, 577 F.3d 79, 87 (2d Cir. 2009)).

Accordingly, the hearing scheduled for June 15, 2026, at 4:00 p.m. is ADJOURNED *sine die*.  To the extent an evidentiary hearing is required to determine damages, the Court shall set a date for the hearing in due course.  *See Trs. of Loc. 7 Tile Indus. Welfare Fund v. Goal Enters., Inc.*, No. 20 Civ. 1958, 2022 WL 17820088, at *4 (E.D.N.Y. July 6, 2022) ("The Court may, but need not, hold a hearing to determine damages upon default judgment." (citing *Tamarin v. Adam Caterers, Inc.*, 13 F.3d 51, 53 (2d Cir. 1993) and Fed. R. Civ. P. 55(b)(2)).

By **May 22, 2026**, Plaintiff shall serve Defendants with a copy of this order.  By **May 26, 2026**, Plaintiff shall file proof of service on the docket.

SO ORDERED.

Dated:  May 19, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge